**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2120**

---

TONY DUPREE,

                                        Plaintiff - Appellant,

        and

SHARONDA THOMAS,

                                        Plaintiff,

        versus

TRINITY HOME IMPROVEMENT, INCORPORATED; LELAND
WHEATLEY, C.E.O.; TROY WHEATLEY, President;
PAULA   WHEATLEY,   Vice-President;   NORMAN
WHITELOCK, Vice-President,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-01-
271-L)

---

Submitted:  January 17, 2002          Decided:  January 28, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Tony DuPree, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony DuPree seeks to appeal the district court's order dismissing his 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001) employment discrimination complaint as to some, but not all, Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED